## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ARDAVAN AHMADPOOR,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-23-932-G |
| | ) |
| **DAVID BUSS, Warden,** | ) |
| | ) |
| Respondent. | ) |

### ORDER

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin (Doc. No. 6). Judge Erwin recommended that Petitioner Ardavan Ahmadpoor's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 3) be denied based upon Petitioner's ability to pay the required filing fee.

Within the time allowed for objection, Petitioner submitted the requisite $5.00 filing fee to the Court Clerk. *See* Doc. No. 7.

In light of Petitioner's submission of the required fee, the Court DENIES Petitioner's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 3). The Court ADOPTS the reasoning of the Report and Recommendation (Doc. No. 6).

IT IS FURTHER ORDERED that this matter is re-referred to Judge Erwin for further proceedings consistent with the initial case referral.

IT IS SO ORDERED this 3rd day of April, 2024.

CHARLES B. GOODWIN
United States District Judge